IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRYSTAL LEE HINCHLIFFE,

      Appellant,

 v.

Case No. 5D21-749
LT Case No. 2019-CF-001280-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 14, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F.
Corrente, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.